UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID W. SMITH,

    Plaintiff,

vs.                                                          Case No.: 06-14088
                                                          HON. GEORGE CARAM STEEH
MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

ORDER ACCEPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

This matter is before the court on plaintiff David W. Smith's challenge of a final decision of defendant Commissioner denying his application for Disability Insurance Benefits under Title II of the Social Security Act and Supplemental Security Income under Title XVI of the Social Security Act. Both parties filed summary judgment motions which were referred to the magistrate judge for report and recommendation. On July 31, 2007, the magistrate judge issued a report and recommendation recommending that plaintiff's motion for summary judgment be denied and defendant's motion for summary judgment be granted. Plaintiff did not file objections to that report within the established time period. The Court has reviewed the file, record, and magistrate judge's well-reasoned report and recommendation. The Court accepts the report and recommendation, and orders that summary judgment be granted for defendant and denied for plaintiff. Accordingly,

1

IT IS HEREBY ORDERED that the magistrate's report and recommendation is ACCEPTED.

IT IS FURTHER ORDERED that the judgment enter for defendant.

SO ORDERED.

Dated: August 30, 2007

                                                S/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 30, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk